GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
GEORGE A. NICOUD III, SBN 106111
RACHEL S. BRASS, SBN 219301
REBECCA JUSTICE LAZARUS, SBN 227330
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: JSanders@gibsondunn.com
        TNicoud@gibsondunn.com
        RBrass@gibsondunn.com
        RJustice@gibsondunn.com

Attorneys for Defendants
MATSON NAVIGATION COMPANY, INC.
AND ALEXANDER & BALDWIN, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| SJ VENTURE GROUP, LLC dba PACIFIC IMPORTS INTERNATIONAL, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC.; ALEXANDER & BALDWIN, INC; HORIZON LINES, LLC; and HORIZON LINES, INC.,<br><br>Defendants. | Case No. CV 08-3558 VRW<br><br>**STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE** |

1  WHEREAS the undersigned plaintiff has filed the above-captioned case;

2  WHEREAS plaintiff alleges antitrust violations on behalf of purchasers of domestic containerized ocean shipping services for service between the continental United States and Hawaii ("Hawaiian Ocean Shipping");

3  WHEREAS twenty-three complaints have been filed to date in multiple federal district courts (the "Related Actions") by plaintiffs purporting to bring class actions on behalf of purchasers of domestic ocean shipping services for service between the continental United States and Hawaii and/or Guam (collectively the "Hawaiian and Guamanian Cabotage Antitrust Litigation");

4  WHEREAS, on August 13, 2008, the Judicial Panel on Multidistrict Litigation ("JPML") issued an Order (the "JPML Order") transferring the Hawaiian and Guamanian Cabotage Antitrust Litigation (MDL No. 1972) to the Western District of Washington for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. section 1407, and assigning it to the Honorable Thomas S. Zilly;

5  WHEREAS plaintiff anticipates the possibility of a Consolidated Complaint or Complaints in the Hawaiian Ocean Shipping Cases;

6  WHEREAS plaintiff and Matson Navigation Company, Inc., Alexander & Baldwin, Inc., Horizon Lines, LLC, and Horizon Lines, Inc., ("Defendants") have agreed that an orderly schedule for any response to the pleadings in the Hawaiian and Guamanian Cabotage Antitrust Litigation would be more efficient for the parties and for the Court;

PURSUANT TO CIVIL LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1.  The deadline for Defendants to answer, move, or otherwise respond to plaintiff's Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Complaint or Complaints in the Hawaiian and Guamanian Cabotage Antitrust Litigation; or (2) forty-five days after plaintiff provides written notice to Defendants that plaintiff does not intend to file a Consolidated Complaint or Complaints, provided however, that

1  in the event that Defendants should agree to an earlier response date in any Hawaiian and
2  Guamanian Cabotage Antitrust Litigation Case, Defendants will respond to the Complaint in the
3  above-captioned case on that earlier date.
4      2.    This Stipulation does not constitute a waiver by Defendants of any defense,
5  including but not limited to the defenses of lack of personal jurisdiction, subject matter
6  jurisdiction, or improper venue.
7      IT IS SO STIPULATED.

Dated: August 29, 2008          GIBSON, DUNN & CRUTCHER, LLP

/s/ Joel Sanders

Joel Sanders
Rachel S. Brass
GIBSON, DUNN & CRUTCHER, LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone:   (415) 393-8200
Facsimile:   (415) 986-5309

*Counsel for Defendants*
*Matson Navigation Company, Inc. and*
*Alexander & Baldwin, Inc.*

Dated: August 29, 2008          McGUIREWOODS LLP

/s/ Darrel C. Menthe / by Joel Sanders

Darrel C. Menthe
McGUIREWOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone:   (310) 315-8200
Facsimile:   (310) 315-8210


Richard J. Rappaport
Amy B. Manning
Tammy L. Adkins
McGUIREWOODS LLP
77 West Wacker Drive, Suite 4100
Chicago, Illinois 60601
Telephone:   (312) 849-8100

3
STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE; Case No. CV 08-3558 VRW

1                     Facsimile:    (312) 849-3690

2                     *Counsel for Defendants*
                      *Horizon Lines, Inc. and Horizon Lines, LLC*

3

4 Dated: August 29, 2008     THE MILLS LAW FIRM

5

6                     /s/ Douglas A. Millen / by Ralph Beer
                    Harry Shulman

7                     THE MILLS LAW FIRM
                    880 Las Gallinas Avenue, Suite 2

8                     San Rafael, CA  94903
                    Telephone:    (415) 455-1326

9                     Facsimile:    (415) 455-1327

10                   Steven A. Kanner
                   William H. London

11                   Douglas A. Millen
                   Robert J. Wozniak

12                   FREED KANNER LONDON & MILLEN LLC
                   2201 Waukegan Road, Suite 130

13                   Bannockburn, IL  60015
                   Telephone:    (224) 632-4500

14                   Facsimile:    (224) 632-4521

15                   *Counsel for Plaintiff SJ Venture Group, LLC dba*
                   *Pacific Imports International*

16

17

18

19

20

21

22

23

24

25

26

27

28